BENJAMIN B. WAGNER
Acting United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 "I" Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2762

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. KERN HEALTH SYSTEMS, <br><br> Plaintiffs, <br><br> v. <br><br> EMERGENCY MEDICAL SERVICES GROUP, a California Corporation, <br><br> Defendant. | 1:09-CV-00594-OWW-GSA <br><br> ORDER <br><br> FILED UNDER SEAL |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2)(A), the Court rules as follows:

1. The Complaint shall be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendant, except for this Order and the Notice of Election to Decline Intervention, which the relator shall also serve upon the defendants;

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and may seek to intervene in this action, for good cause, at any time;

///

///

5. All orders of this Court shall be sent to the United States; and

6. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the relator shall provide the United States with notice and an opportunity to be heard before the Court rules or grants its approval.


IT IS SO ORDERED.

**Dated:   June 18, 2010**            /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE