Mark A. Wasser, State Bar No. 60160
E-mail: mwasser@markwasser.com
LAW OFFICES OF MARK A. WASSER
400 Capitol Mall, Suite 2640
Sacramento, California 95814
Phone: (916) 444-6400
Fax: (916) 444-6405

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. Kern Health Systems, a California county health authority,<br><br>            Plaintiff,<br><br>     vs.<br><br>EMERGENCY MEDICAL SERVICES GROUP, a California corporation,<br><br>            Defendant. | Case No.: 1:09-CV-00594-OWW-GSA<br><br>**REQUEST FOR DISMISSAL AND ORDER**<br><br>(31 U.S.C. § 3729 et seq. and pendent State claim) |

Plaintiff Kern Health Systems hereby requests that the complaint in this matter be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). No party has appeared and no responsive pleadings have been file. Dismissal without prejudice is of right.

Dated:  June 29, 2010                    LAW OFFICES OF MARK A. WASSER


                                         By:   /s/ Mark A. Wasser
                                              Mark A. Wasser
                                              Attorneys for Plaintiff

NOTICE OF DISMISSAL

IT IS SO ORDERED.

Dated: **June 30, 2010**              **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE